FILED
2022 Feb-10  AM 11:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| BASIL A. LEDGISTER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:21-cv-819-LSC-GMB |
| ) | |
| ATTORNEY GENERAL MERRICK ) | |
| GARLAND, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **MEMORANDUM OPINION**

Petitioner Basil A. Ledgister filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). On January 19, 2022, the Magistrate Judge entered a report recommending that all claims stated in the petition be dismissed without prejudice. (Doc. 15). The Magistrate Judge further recommended that Ledgister's motion for an evidentiary hearing (Doc. 8) be denied. (Doc. 15). Although the Magistrate Judge advised the parties of their right to file specific objections within 14 days, the court has not received any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the Magistrate Judge's report and **ACCEPTS** his recommendation. Accordingly, all claims in the petition are due to be dismissed without prejudice. Additionally, Ledgister's motion for an evidentiary hearing (Doc. 8) is due to be denied.

A Final Order will be entered.

**DONE** and **ORDERED** on February 10, 2022.

_____
L. Scott Coogler
United States District Judge

160704